STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ARTHUR B. COLLINS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. I. Mark Cohen* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Joseph A. Falcone* for the respondent.

March 10, 1970. Denied.

COLE NATIONAL CORPORATION, PLAINTIFF-PETITIONER, v. STATE BOARD OF EXAMINERS OF OPHTHALMIC DISPENSERS AND OPHTHALMIC TECHNICIANS, STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

See same case below: 107 *N. J. Super.* 278.

*Messrs. Milton, Keane & DeBona* and *Mr. Thomas J. Brady* for the petitioner.

*Mr. Arthur J. Sills, Mr. Stephen Skillman* and *Miss Rachel Leff* for the respondent.

*Messrs. McDonough, Murray & Meeker* amici curiae.

March 10, 1970. Granted.

MICHAEL BLASI, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. KENNETH W. YOUNG, DEFENDANT-PETITIONER, AND PLANNING BOARD OF THE TOWNSHIP OF CEDAR GROVE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Malovany & Gross, Mr. Morris M. Schnitzer* and *Mr. Waldron Kraemer* for the petitioner.

*Messrs. Raff & Passero* and *Messrs. DeStefano & Krupsky* for the respondents.

March 10, 1970. Denied.